UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| DUSTIN VAN DYK, on behalf of himself and all others similarly situated in the State of Kansas, ) ) ) **Plaintiff,** ) ) vs. ) ) CYPRESS SEMICONDUCTOR CORPORATION; ) et al., ) ) **Defendants.** ) | CASE NO. 07-4010-JAR |

## NOTICE OF MDL MOTION

This will serve as notice that the above-captioned matter is the subject of a motion made to the Judicial Panel on Multi-District Litigation at MDL Docket Number 1819. This Motion was filed on January 5, 2007.

Respectfully submitted,

 s/Gary D. White, Jr.
**GARY D. WHITE, JR., #15103**
Palmer, Leatherman & White, LLP
627 SW Topeka Blvd.
Topeka, KS 66603-3287
gwhite@jpalmerlaw.com
(785) 233-1836 - Office
(785) 233-3703 - Facsimile
Attorneys for Plaintiff

1

Of Counsel:

Wyatt B. Durrette, Jr. (VA Bar # 04719)
Christine A. Williams (VA Bar # 47074)
DurretteBradshaw, PLC
600 East Main Street, 20th Floor
Richmond, VA  23219-2430
Telephone:  (804) 775-6900
Facsimile:  (804) 775-6911

Edward J. Westlow (NY ID # 1651686)
600 East Main Street, 20th Floor
Richmond, VA  23219-2430
Telephone:  (804) 780-0305
Facsimile:  (804) 780-0306

Richard L. Coffman
The Coffman Law Firm
1240 Orleans Street, Suite 200
Beaumont, TX  77701
Telephone:  (409) 832-4767
Facsimile:  (866) 835-8250