

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

FEB 23 2007

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAR 1 3 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
MAR 2 8 2007
RALPH L. DeLOACH, Clerk
By _____ Deputy

FILED
MAR 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DOCKET NO. 1819**

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On February 9, 2007, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ____F.Supp.2d____ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Claudia Wilken.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the action previously transferred to the Northern District of California and assigned to Judge Wilken.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of February 9, 2007, and, with the consent of that court, assigned to the Honorable Claudia Wilken.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>MAR 1 3 2007<br><br>CLERK'S OFFICE<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>_Jeffery N. Lüthi_<br>Clerk of the Panel |

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _Ivy Garcia_ Deputy Clerk
Date 3/22/07

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1819
## IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | CAND NUMBER |
|---|---|---|
| **ALASKA** | | |
| AK  3  06-271 | Janet Hall v. Alliance Semiconductor Corp., et al. | 4:07-cv-1615 CW |
| **ALABAMA NORTHERN** | | |
| ALN  2  06-4633 | Catherine L. Morgan v. Alliance Semiconductor Corp., et al. | 4:07-cv-1616 CW |
| **ARKANSAS EASTERN** | | |
| ARE  4  06-1585 | Mark Miles v. Samsung Electronics Co,. Ltd., et al. | 4:07-cv-1617 CW |
| ARE  4  06-1716 | Robert S. Harmon v. Alliance Semiconductor Corp., et al. | 4:07-cv-1618 CW |
| **ARIZONA** | | |
| AZ  2  06-2820 | Lara Sterenberg v. Alliance Semiconductor Corp., et al. | 4:07-cv-1619 CW |
| AZ  4  07-34 | E. Carol Vinson, et al. v. Cypress Semiconductor Corp., et al. | 4:07-cv-1620 CW |
| **CALIFORNIA CENTRAL** | | |
| CAC  8  06-1021 | Terry Bisel v. Cypress Semiconductor Corp., et al. | 4:07-cv-1621 CW |
| **CALIFORNIA SOUTHERN** | | |
| CAS  3  06-2385 | Roman Munoz v. Samsung Electronics Co. Ltd., et al. | 4:07-cv-1622 CW |
| **DISTRICT OF COLUMBIA** | | |
| DC  1  06-1934 | Rebecca Bly v. Alliance Semiconductor Corp., et al. | 4:07-cv-1623 CW |
| DC  1  06-2183 | Reuben Canada v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-1624 CW |
| **FLORIDA NORTHERN** | | |
| FLN  3  06-493 | Ronnie Barnes v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-1625 CW |
| **FLORIDA SOUTHERN** | | |
| FLS  1  06-22850 | CMP Consulting, Inc. v. Cypress Semiconductor Corp., et al. | 4:07-cv-1626 CW |
| **IDAHO** | | |
| ID  1  06-459 | Mark Alon Davis, et al. v. Alliance Semiconductor Corp., et al. | 4:07-cv-1627 CW |
| **KANSAS** | | |
| KS  2  06-2496 | Cristi Ferguson v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-1628 CW |
| KS  5  07-4010 | Dustin Van Dyk v. Cypress Semiconductor Corp., et al. | 4:07-cv-1629 CW |
| **MASSACHUSETTS** | | |
| MA  1  06-12274 | Stephanie Luekel v. Alliance Semiconductor Corp., et al. | 4:07-cv-1630 CW |
| **MAINE** | | |
| ME  1  07-8 | Scott L. Clarke v. Cypress Semiconductor Corp., et al. | 4:07-cv-1631 CW |
| ME  2  06-213 | Ronald A. Kramer v. Alliance Semiconductor Corp., et al. | 4:07-cv-1632 CW |
| **MICHIGAN EASTERN** | | |
| MIE  2  06-15283 | Terrence Martin v. Cypress Semiconductor Corp., et al. | 4:07-cv-1633 CW |
| **MICHIGAN WESTERN** | | |
| MIW  1  06-825 | Kenneth Bagwell v. Alliance Semiconductor Corp., et al. | 4:07-cv-1634 CW |
| **MINNESOTA** | | |
| MN  0  06-4382 | Fairmont Orthopedics & Sports Medicine, PA v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-1635 CW |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS  MDL-1819                          Page 2 of 2

| DIST. DIV. C.A.# | CASE CAPTION | CAND NUMBER |
|---|---|---|
| **MISSISSIPPI NORTHERN** | | |
| MSN 3 06-144 | Alfred Livingston v. Cypress Semiconductor Corp., et al. | 4:07-cv-1636 CW |
| **MONTANA** | | |
| MT 1 06-150 | Henry Kornegay v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-1637 CW |
| MT 1 07-8 | Paul Hickman v. Cypress Semiconductor Corp., et al. | 4:07-cv-1638 CW |
| MT 9 06-195 | Blaine Olson v. Alliance Semiconductor Corp., et al. | 4:07-cv-1639 CW |
| **NORTH DAKOTA** | | |
| ND 3 06-94 | Ward Cater v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-1640 CW |
| **NEW JERSEY** | | |
| NJ 2 06-5462 | Renee Steinberg v. Alliance Semiconductor Corp., et al. | 4:07-cv-1641 CW |
| **NEW MEXICO** | | |
| NM 6 06-1105 | Heather Hawk v. Cypress Semiconductor Corp., et al. | 4:07-cv-1642 CW |
| NM 6 06-1134 | Richard Romero v. Alliance Semiconductor Corp., et al. | 4:07-cv-1643 CW |
| **NEW YORK SOUTHERN** | | |
| NYS 1 06-13416 | Marc Cuevas v. Cypress Semiconductor Corp., et al. | 4:07-cv-1644 CW |
| **PENNSYLVANIA MIDDLE** | | |
| PAM 1 06-2450 | Frank Gertzen v. Cypress Semiconductor Corp., et al. | 4:07-cv-1645 CW |
| **SOUTH CAROLINA** | | |
| SC 6 06-3332 | Martha M. McDonald v. Alliance Semiconductor Corp., et al. | 4:07-cv-1646 CW |
| **SOUTH DAKOTA** | | |
| SD 5 06-5090 | Christopher C. Crawford v. Cypress Semiconductor Corp., et al. | 4:07-cv-1647 CW |
| **TENNESSEE EASTERN** | | |
| TNE 2 06-251 | Tabbatha Benson, et al. v. Alliance Semiconductor Corp., et al. | 4:07-cv-1648 CW |
| **TENNESSEE WESTERN** | | |
| TNW 2 06-2866 | Ron Birdsong v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-1649 CW |
| **VERMONT** | | |
| VT 2 06-236 | Robert Schuyler Watson v. Cypress Semiconductor Corp., et al. | 4:07-cv-1650 CW |
| **WISCONSIN EASTERN** | | |
| WIE 2 06-1154 | Christopher J. Stawski v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-1651 CW |
| WIE 2 07-70 | Joshua A. Belke v. Cypress Semiconductor Corp., et al. | 4:07-cv-1652 CW |
| **WISCONSIN WESTERN** | | |
| WIW 3 06-694 | Jai Paguirigan v. Cypress Semiconductor Corp., et al. | 4:07-cv-1653 CW |
| **WEST VIRGINIA NORTHERN** | | |
| WVN 5 06-138 | Paul Lauttamus v. Cypress Semiconductor Corp., et al. | 4:07-cv-1654 CW |
| **WEST VIRGINIA SOUTHERN** | | |
| WVS 2 06-951 | Rhonda L. Jacobs v. Alliance Semiconductor Corp., et al. | 4:07-cv-1655 CW |
| WVS 2 06-961 | Mark Lambert, et al. v. Samsung Electronics Co., Ltd., et al. | 4:07-cv-1656 CW |

# INVOLVED JUDGES LIST (CTO-1)
## DOCKET NO. 1819
### IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

Hon. Harold A. Ackerman
Senior U.S. District Judge
305 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102

Hon. Cecilia M. Altonaga
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue, 4th Floor
Miami, FL 33128-7788

Hon. G. Ross Anderson, Jr.
U.S. District Judge
P.O. Box 2147
Anderson, SC 29622-2147

Hon. Bruce D. Black
U.S. District Judge
P.O. Box 2085
Santa Fe, NM 87504

Hon. Susan Ritchie Bolton
U.S. District Judge
522 Sandra Day O'Connor
U.S. Courthouse, SPC 50
401 West Washington Street
Phoenix, AZ 85003-2153

Hon. Timothy M. Burgess
U.S. District Judge
261 Federal Bldg. & U.S. Cthse.
222 West Seventh Avenue
Anchorage, AK 99513-9513

Hon. William W. Caldwell
Senior U.S. District Judge
P.O. Box 11877
Harrisburg, PA 17108

Hon. David O. Carter
U.S. District Judge
1053 Ronald Reagan Federal Bldg.
& U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Hon. Richard F. Cebull
U.S. District Judge
James F. Batin U.S. Courthouse
316 North 26th Street
Billings, MT 59101

Hon. U. W. Clemon
U.S. District Judge
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Charles N. Clevert, Jr.
U.S. District Judge
208 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. Lacey A. Collier
Senior U.S. District Judge
425 U.S. Courthouse
One North Palafox Street
Pensacola, FL 32502-5625

Hon. John T. Copenhaver, Jr.
U.S. District Judge
6009 Robert C. Byrd U.S. Courthouse
300 Virginia Street East
Charleston, WV 25301

Hon. Barbara B. Crabb
Chief Judge, U.S. District Court
United States District Court
P.O. Box 591
Madison, WI 53701-0591

Hon. Bernice Bouie Donald
U.S. District Judge
341 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

Hon. Ralph R. Erickson
U.S. District Judge
410 Quentin N. Burdick
U.S. Courthouse
655 First Avenue North
Fargo, ND 58102

Hon. John Feikens
Senior U.S. District Judge
U.S. Courthouse, Room 851
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Joseph R. Goodwin
U.S. District Judge
U.S. District Court
P.O. Box 2546
Charleston, WV 25329-2546

Hon. Patricia J. Gorence
U.S. Magistrate Judge
264 U.S. Courthouse
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. J. Ronnie Greer
U.S. District Judge
405 James H. Quillen U.S. Courthouse
220 West Depot Street
Greeneville, TN 37743

Hon. Edward F. Harrington
Senior U.S. District Judge
6130 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. William Q. Hayes
U.S. District Judge
4 Edward J. Schwartz U.S. Courthouse
940 Front Street
San Diego, CA 92101

Hon. D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal Courthouse
156 Federal Street
Portland, ME 04101

Hon. George Howard, Jr.
U.S. District Judge
276 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Hon. Paul Kelly, Jr.
U.S. Circuit Judge
United States Courthouse
333 Lomas Boulevard, N.W.
Albuquerque, NM 87102

Hon. Gladys Kessler
Senior U.S. District Judge
4006 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Richard H. Kyle
Senior U.S. District Judge
760 Warren E. Burger Federal Bldg.
316 N. Robert Street
St. Paul, MN 55101

Hon. John W. Lungstrum
Chief Judge, U.S. District Court
517 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Donald W. Molloy
Chief Judge, U.S. District Court
P.O. Box 7309
Missoula, MT 59807-7309

Hon. Jerome J. Niedermeier
U.S. Magistrate Judge
P.O. Box 836
Burlington, VT 05402

Hon. Loretta A. Preska
U.S. District Judge
1320 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Gordon J. Quist
Senior U.S. District Judge
482 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Julie A. Robinson
U.S. District Judge
405 United States Courthouse
444 Southeast Quincy Street
Topeka, KS 66683

Hon. Karen E. Schreier
Chief Judge, U.S. District Court
United States District Court
515 Ninth Street, Room 318
Rapid City, SD 57701

Hon. Frederick P. Stamp, Jr.
Senior U.S. District Judge
P.O. Box 791
Federal Building
1125 Chapline Street
Wheeling, WV 26003-0100

Hon. Emmet G. Sullivan
U.S. District Judge
4935 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2902

Hon. Mikel H. Williams
U.S. Magistrate Judge
Federal Building
& U.S. Courthouse, MSC 040
550 West Fort Street
Boise, ID 83724

Hon. John A. Woodcock, Jr.
U.S. District Judge
P.O. Box 756, 202 Harlow Street
Bangor, ME 04402

Hon. Frank R. Zapata
U.S. District Judge
5160 Evo A. DeConcini U.S. Courthouse
405 W. Congress Street
Tucson, AZ 85701

# INVOLVED CLERKS LIST
## DOCKET NO. 1819
### IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

Arlen B. Coyle, Clerk
369 Federal Building & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Cameron S. Burke, Clerk
Fed. Bldg. & U.S. Courthouse
MSC 039
550 West Fort Street
Boise, ID 83724

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Edward J. Klecker, Clerk
130 Quentin N. Burdick U.S. Courthouse
655 First Avenue North
Fargo, ND 58107

Ida Romack, Clerk
229 Federal Building & U.S. Courthouse
222 West 7th Avenue
Anchorage, AK 99513

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

James W. McCormack, Clerk
402 U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57709

Joseph W. Skupniewitz, Clerk
U.S. District Court
P.O. Box 432
Madison, WI 53701-0432

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Mary E. D'Andrea, Clerk
P.O. Box 983
Harrisburg, PA 17108-0983

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Patricia L. McNutt, Clerk
U.S. Courthouse
220 West Depot Street, Suite 200
Greeneville, TN 37743

Patrick E. Duffy, Clerk
5405 Federal Building
316 North 26th Street
Billings, MT 59101

Patrick E. Duffy, Clerk
P.O. Box 8537
Missoula, MT 59807-8537

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Ralph L. DeLoach, Clerk
490 Frank Carlson Federal Building
& U.S. Courthouse
444 S.E. Quincy Street
Topeka, KS 66683

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S. Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Richard H. Weare, Clerk
1500 Evo A. DeConcini U.S. Courthouse
405 West Congress Street
Tucson, AZ 85701-5010

Richard P. Wasko, Clerk
P.O. Box 945
Burlington, VT 05402

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert M. March, Clerk
U.S. District Court
P.O. Box 2384
Santa Fe, NM 87504-2384

Ronald C. Weston, Clerk
452 Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Sherri R. Carter, Clerk
Ronald Reagan Federal Bldg. & U.S. Courthouse
411 West Fourth Street
Santa Ana, CA 92701-4516

Sofron B. Nedilsky, Clerk
362 U.S. Courthouse & Federal Building
517 East Wisconsin Avenue
Milwaukee, WI 53202

Teresa Deppner, Clerk
Post Office Box 2546
Charleston, WV 25329-2546

Thomas M. Gould, Clerk
242 Clifford Davis Federal Building
167 North Main Street
Memphis, TN 38103

W. Samuel Hamrick, Jr., Clerk
4290 Edward J. Schwartz Federal Building
880 Front Street
San Diego, CA 92101-8900

Wally A. Edgell, Clerk
P.O. Box 471
Wheeling, WV 26003-0060

William M. McCool, Clerk
226 U.S. Courthouse
One North Palafax Street
Pensacola, FL 32501-5625

William S. Brownell, Clerk
P.O. Box 1007
Bangor, ME 04402

William S. Brownell, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

# INVOLVED COUNSEL LIST (CTO-1)
## DOCKET NO. 1819
## IN RE STATIC RANDOM ACCESS MEMORY (SRAM) ANTITRUST LITIGATION

Christopher S. Arnold
Allen, Guthrie, McHugh
& Thomas, PLLC
P.O. Box 3394
Charleston, WV 25333-3394

Gordon Ball
Ball & Scott
Bank of America Center, Suite 750
550 Main Avenue
Knoxville, TN 37902-2567

Jeffrey Bartos
Guerrieri, Edmond, Clayman
& Bartos, PC
1625 Massachusetts Avenue, NW
Suite 700
Washington, DC 20036-2243

Stephen D. Bell
Dorsey & Whitney LLP
370 17th Street
Republic Plaza Building, Suite 4400
Denver, CO 80206-5644

Natalie F. Bennett
Shepherd, Finkelman, Miller
& Shah, LLC
35 East State Street
Media, PA 19063

David Boies III
Straus & Boies, LLP
4041 University Drive, 5th Floor
Fairfax, VA 22030

Michael T. Brody
Jenner & Block LLC
One IBM Plaza, Suite 4400
Chicago, IL 60611

W. Joseph Bruckner
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Jaclyn Ann Bryk
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338-3843

Stephen Bullock
Bullock Law Firm
P.O. Box 1330
Helena, MT 59624

Eric R. Burris
Brownstein, Hyatt, Farver
& Schreck
201 Third Street, NW
Suite 1700
Albuquerque, NM 87102

Brent O. E. Clinkscale
Womble Carlyle Sandridge
& Rice
104 South Maine Street, Suite 700
P.O. Box 10208
Greenville, SC 29603

Richard L. Coffman
Coffman Law Firm
1240 Orleans Street, Suite 200
Beaumont, TX 77701

Kevin A. Crass
Friday, Eldredge & Clark, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR 72201-3493

David R. Cross
Quarles & Brady
411 East Wisconsin Avenue, Suite 2040
Milwaukee, WI 53202-4497

Carlos Jose Cuevas
1250 Central Park Avenue
Yonkers, NY 10704

David F. Cunningham
Rubin Katz Law Firm, PC
P.O. Drawer 250
Santa Fe, NM 87504-0250

Douglas P. Dehler
Shepherd, Finkelman, Miller
& Shah, LLC
111 E. Wisconsin Avenue, Suite 1750
Milwaukee, WI 53202

Issac L. Diel
Sharp McQueen
135 Oak Street
Bonner Springs, KS 66012

Angela K. Drake
Lowther, Johnson Attorneys at Law, LLC
901 St. Louis Street, 20th Floor
Springfield, MO 65806

Wyatt B. Durrette, Jr.
Durrette Bradshaw, PLC
Main Street Center
600 East Main Street, 20th Floor
Richmond, VA 23219-6900

John G. Emerson
Emerson Poynter, LLP
830 Apollo Lane
Houston, TX 77058

Epson America
3840 Kilroy Airport Way
Long Beach, CA 90806

John G. Felder, Jr.
McGowan, Hood, Felder & Johnson
1405 Calhoun Street
Columbia, SC 29201

Mark D. Fullerton
Martin, Hart & Fullerton, PC
1839 South Alma School Road
Suite 354
Mesa, AZ 85210-3028

Brian A. Glasser
Bailey & Glasser LLP
227 Capitol Street
Charleston, WV 25301

Kenneth J. Gogel
Gogel & Gogel
2 Mattoon Street
Springfield, MA 01105-1716

David M. Goldstein
Heller Ehrman, LLP
333 Bush Street
San Francisco, CA 94104-2878

Philip H. Gordon
Gordon Law Offices
623 West Hayes Street
Boise, ID 83702-5512

Robert Dale Grimes
Bass, Berry & Sims
315 Deaderick Street, Suite 2700
Nashville, TN 37238-0002

Steven E. Grubb
Goldberg, Katzman & Shipman, P.C.
Strawberry Square
320 Market Street
P.O. Box 1268
Harrisburg, PA 17108-1268

Dana K. Grubesic
Freedman, Boyd, Daniels, et al.
20 First Plaza, Suite 700
Albuquerque, NM 87102

Daniel E. Gustafson
Gustafson Gluek PLLC
650 Northstore East
608 Second Avenue, South
Minneapolis, MN 55402

Sarina M. Hinson
Garcia Law Firm
One World Trade Center, Suite 1950
Long Beach, CA 90831

Parker Sanders Huckabee
Huckabee Law Firm
213 West Main Street
P.O. Box 1323
Cabot, AR 72023-1323

Joseph Ianno, Jr.
Carlton Fields, P.A.
222 Lakeview Avenue, Suite 1400
P.O. Box 150
West Palm Beach, FL 33402-0150

G. Patrick Jacobs
Bickley & Jacobs
7020 MacCorkle Avenue, SE
Charleston, WV 25304

Christopher D. Jennings
Emerson Poynter, LLP
The Museum Center, Suite 305
500 President Clinton Avenue
Little Rock, AR 72201

Dennis J. Johnson
Johnson & Perkinson
1690 Williston Road
P.O. Box 2305
S. Burlington, VT 05403

Daniel R. Karon
Goldman Scarlato & Karon, P.C.
55 Public Square
No. 1500
Cleveland, OH 44113

Alvin H. Kriger
150 North Sunny Slope Road
Suite 270
Brookfield, WI 53005-4816

Susan Lacava
Susan Lacava, S.C.
23 N. Pinckney Street, Suite 300
Madison, WI 53703

Samuel W. Lanham, Jr.
Cuddy & Lanham
470 Evergreen Woods
Bangor, ME 04401

Irwin B. Levin
Cohen & Malad, LLP
One Indiana Square
Suite 1400
Indianapolis, IN 46204

Kevin B. Love
Hanzman, Criden & Love, P.A.
7301 S.W. 57th Court
Suite 515
South Miami, FL 33143

Adam E. Lyons
Brownstein, Hyatt, Farver
& Schreck
201 Third Street, NW
Suite 1700
Albuquerque, NM 87102

Peter J. Maassen
Ingaldson, Maassen & Fitzgerald
813 West 3rd Avenue
Anchorage, AK 99501

Andrea C. Marino
Thornton & Naumes, L.L.P.
100 Summer Street, 30th Floor
Boston, MA 02110

Gary E. Mason
Mason Law Firm
1225 19th Street, N.W., Suite 500
Washington, DC 20036

Chad A. McGowan
McGowan, Hood, Felder & Johnson
1539 Healthcare Drive
Rock Hill, SC 29732

Peter M. Meloy
Meloy Law Firm
80 South Warren
P.O. Box 1241
Helena, MT 59624

Robert E. Mittel
Mittel Asen, L.L.C.
P.O. Box 427
Portland, ME 04112

Michael S. Montgomery
Montgomery, Goff & Bullis
P.O. Box 9199
Fargo, ND 58106

Krishna B. Narine
Law Office of Krishna B. Narine
7839 Montgomery Avenue, Suite 300
Elkins Park, PA 19027

Dianne M. Nast
Rodanast, P.C.
801 Estelle Drive
Lancaster, PA 17601

Marc L. Newman
Miller Law Firm, PC
Miller Shea Building
950 West University Drive, Suite 300
Rochester, MI 48307

Andrew A. Nickelhoff
Sachs, Waldman
1000 Farmer Street
Detroit, MI 48226

Ian Otto
Straus & Boies, LLP
4041 University Drive
Fifth Floor
Fairfax, VA 22030

Kevin M. Pearl
Frankovitch, Anetakis, Colantonio
& Simon
337 Penco Road
Weirton, WV 26062-3828

Leroy Davis Percy
Tollison Law Firm
P.O. Box 1216
Oxford, MS 38655-1216

Eric J. Pickar
Bangs, McCullen, Butler, Foye
& Simmons
P.O. Box 2670
Rapid City, SD 57709

Ira N. Richards
Trujillo, Rodriguez & Richards, LLC
1717 Arch Street, Suite 3838
Philadelphia, PA 19103

Steven A. Riley
Bowen, Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

Michael L. Roberts
Roberts Law Firm, PA
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223-1790

Mike Roberts
Roberts Law Firm, PA
11311 Arcade Drive
Suite 104
P.O. Box 241790
Little Rock, AR 72223-1790

Douglas G. Schneebeck
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
P.O. Box 2168
Albuquerque, NM 87103

James Edward Sherman
Sherman & Sherman
1503 Avenida Sirio
Tucson, AZ 85710-5231

Bruce L. Simon
Law Offices of Bruce L. Simon
44 Montgomery Street
Suite 1200
San Francisco, CA 94104

James M. Simpson, Jr.
Friday, Eldredge & Clark, LLP
First Commercial Bldg., Suite 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Ranae D. Steiner
Gustafson Gluek PLLC
725 Northstar East
608 2nd Avenue, South
Minneapolis, MN 55402

David W. Sufrin
Sufrin, Zucker, Steinberg, Sonstein & Wixted, PC
Suite 503, Parkade Building
519 Federal Street
Camden, NJ 08103-1147

Mark John Tamblyn
Wexler, Toriseva, Wallace, LLP
1610 Arden Way
Suite 290
Sacramento, CA 95815

Thomas E. Towe
Towe, Ball, Enright, Mackey & Sommerfeld
2525 6th Avenue, North
P.O. Box 30457
Billings, MT 59101-0457

Jonathan K. Tycko
Tycko, Zavareei, LLP
2000 L Street, N.W.
Suite 808
Washington, DC 20036

James A. Walker
Triplett, Woolf & Garretson, LLC
2959 North Rock Road
Suite 300
Wichita, KS 67226

Kenneth G. Walsh
Straus & Boies, LLP
Two Depot Plaza
Suite 203
Bedford Hills, NY 10507

Danielle M. Waltz
Flaherty, Sensabaugh & Bonasso
P.O. Box 3843
Charleston, WV 25338-3843

Timothy Paul Wasyluka
Wasyluka Law LLC
1100 East Park Drive
Suite 409
Birmingham, AL 35235

Charles R. Watkins
Futterman, Howard, Watkins, Wylie & Ashley Chtd.
122 South Michigan, Suite 1850
Chicago, IL 60603

Morris Weinberg, Jr.
Zuckerman Spaeder, LLP
101 East Kennedy Boulevard
Suite 1200
Tamper, FL 33602-5838

Gary D. White, Jr.
Palmer, Leatherman & White, L.L.P.
627 Southwest Topeka Blvd.
Suite A
Topeka, KS 66603-3287

Christine A. Williams
Durrette Bradshaw, PLC
600 East Main Street
20th Floor
Richmond, VA 23219-2430

Steven N. Williams
Cotchett, Pitre & McCarthy
840 Malcolm Road
Suite 200
Burlingame, CA 94010

Justin G. Witkin
Aylstock, Witkin & Sasser, PLC
4400 Bayou Boulevard
Suite 58
Pensacola, FL 32503-2673

Shane C. Youtz
Youtz & Valdez, PC
900 Gold Avenue, SW
Albuquerque, NM 87102

Carl H. von Ende
Miller, Canfield, Paddock & Stone, P.L.C.
150 W. Jefferson Avenue
Suite 2500
Detroit, MI 48226-4415